UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-24091 |
| FABIANA MARTIN, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

The Plan is modified to allow Debtor to retain the first $1,200.00 of her tax refund for 2016 and for every year thereafter while in the present bankruptcy.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 21, 2018

**Prepared by:**

Michael R. Colter, II, Esq. A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100