# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Fabiana R Martin | ) | Chapter 13 |
| | ) | Case No. 15 B 24091 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Fabiana R Martin
3041 191st St
Lansing, IL  60438

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On October 23, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, October 5, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 15, 2015, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 17, 2015, for a term of 36 months with payments of $425.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 51 | $21,265.00 | $19,550.00 | $1,032.56 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/04/2019
Due Each Month: $425.00
Next Pymt Due: 10/14/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 12/03/2018 | 1415 | $212.50 | 12/17/2018 | 1417 | $212.50 |
| 01/02/2019 | 1418 | $212.50 | 01/15/2019 | 1421 | $212.50 |
| 02/07/2019 | 1423 | $212.50 | 02/19/2019 | 1424 | $212.50 |
| 03/04/2019 | 1427 | $212.50 | 03/22/2019 | 1428 | $212.50 |
| 04/02/2019 | 1430 | $212.50 | 04/15/2019 | 1432 | $212.50 |
| 05/02/2019 | 1434 | $212.50 | 05/17/2019 | 1437 | $212.50 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE