IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| FABIANA MARTIN, ) | Case No. 15-24091 |
| ) | Judge: THORNE |
| Debtor(s). ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
　　See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 South Dearborn Street, Chicago, Illinois and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan to Decrease Plan Payment and to Defer Plan Payment Default,** at which time and place you may appear.

　　JUDGE:　THORNE
　　ROOM:　613
　　DATE:　November 13, 2019
　　TIME:　9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: October 21, 2019　　　　　/s/ Christine H. Clar
　　　　　　　　　　　　　　　　　　　　　　Christine H. Clar, A.R.D.C. #6202332
　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Ms. Fabiana Martin
3041 191st Street
Lansing, IL 60438

Peoples Gas
200 E. Randolph St.
Chicago, IL 60601

The Payday Loan Store
c/o Creditors Bankruptcy Services
P.O. Box 800849
Dallas, TX 75380

Quantum3 Group
Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788

Capital One Auto Finance
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Cerastes, LLC
c/o Weinstein & Riley
2001 Western Ave., Ste. 400
Seattle, WA 98121

Portfolio Recovery
P.O. Box 41067
Norfolk, VA 23541

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| FABIANA MARTIN, ) | Case No. 15-24091 |
| ) | Judge: THORNE |
| Debtor(s). ) | |

**DEBTOR'S MOTION TO MODIFY
CHAPTER 13 PLAN TO DECREASE PLAN PAYMENT
AND TO DEFER PLAN PAYMENT DEFAULT**

NOW COMES, THE DEBTOR, FABIANA MARTIN, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On July 15, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on September 17, 2015. That Marilyn O. Marshall was appointed Trustee in this case.

4) The Debtor's Chapter 13 plan provides for payments of $425.00 monthly for an initial plan term of 36 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

5) The Debtor has paid $19,550.00 into her Chapter 13 Plan.

6) The Debtor is behind in her plan payments due to a serious medical emergency in June 2019. She is now receiving Social Security Disability income. (See attached Exhibit A.)

7) That this fact has decreased debtor's disposable income.

8) Reducing the plan payment to $200.00 per month starting with the next payment due will not cause the confirmed Chapter 13 plan to run longer than 60 months.

9) The Debtor proposes to amend the plan pursuant to 11 U.S.C. §1329 to reduce her plan payment to $200.00 per month, a commitment of all her disposable income, and to defer the anticipated plan payment default to the end of the plan. This proposal is made in good faith and without the intent to defraud creditors.

      10)    Deferring the plan payment default will not cause the confirmed Chapter 13 plan to run longer than 60 months.

      WHEREFORE, the Debtor, FABIANA MARTIN, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and Defer the Plan Payment Default, and for other such relief as the Court deems fair and proper.

      Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

# EXHIBIT A

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: August 13, 2019
BNC#: 19MS741H22485-A

1282 115532 **AUTOMIXED AADC 296 R P1 T8 M3 PC4 190809

1282  FABIAN R MARTIN
3041 191ST STREET
LANSING, IL 60438

You are entitled to monthly retirement benefits beginning May 2019.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $3,891.00 around August 14, 2019.
- This is the money you are due for May 2019 through July 2019.
- Your next payment of $1,297.00, which is for August 2019, will be received on or about the second Wednesday of September 2019.
- After that you will receive $1,297.00 on or about the second Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- The day of the month you receive your payments depends on your date of birth.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

Enclosure(s):
Pub 05-10077

C                           See Next Page